Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
12, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 12, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-000432-CV

____________

 

IN RE  LIVING CENTERS OF TEXAS, INC.  D/B/A NORTHWAY HEALTH CARE LIVING CENTER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 2, 2005 , relator filed a petition for
writ of mandamus in this court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relator seeks relief from the trial court=s order requiring production of
documents that relator asserts are protected by the medical peer review and
quality assurance privilege.  Relator
also asserts that real party=s discovery is overbroad. 
Relator has not established that it is entitled to mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 








Relator also requested an emergency stay of the trial court's
order, which this court granted on May 4, 2005. 
This court orders the stay lifted.

 

PER CURIAM

 

Petition Denied and Memorandum Opinion filed July 12, 2005.

Panel consists of Justices Edelman, Seymore, and Guzman.